SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman, Esq.
Lucas F. Hammonds, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Phone:  (973) 643-7000
Facsimile:  (973) 643-6500
asherman@sillscummis.com
lhammonds@sillscummis.com
*Attorneys for Plaintiff,*
*Bernard A. Katz, Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>CHRIST HOSPITAL, a New Jersey not-for-profit corporation,<br><br>      Debtor. | Case No. 12-12906 (TBA)<br><br>Chapter 11 |
| BERNARD A. KATZ, as Trustee of the Christ Hospital Liquidating Trust,<br><br>      Plaintiff,<br><br>      v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>      Defendant. | Adv. Pro. No. 14-01122 (TBA) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Bernard A. Katz, as Trustee of the Christ Hospital Liquidating Trust, by and through his counsel, hereby dismisses the above-captioned adversary proceeding as to

2504714 v1

Defendant, Reliance Standard Life Insurance Company, with prejudice pursuant to Fed. R. Civ. P. 41(a), made applicable by Fed. R. Bankr. P. 7041.

Dated: October 31, 2014				SILLS CUMMIS & GROSS P.C.
						*Attorneys for Bernard A. Katz, Liquidating Trustee*

						By:   /s/ Lucas F. Hammonds
						        Lucas F. Hammonds